1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney

2  BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  WENDY THOMAS (NYBN 4315420)
   Special Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
6     San Francisco, California 94102
      Telephone: (415) 436-6809
7     Fax: (415) 436-7234

8  Attorneys for the United States

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

                                                1-08-70043

12  UNITED STATES OF AMERICA,           )   CRIMINAL NO.
13                                      )
         Plaintiff,                     )
14                                      )   NOTICE OF PROCEEDINGS ON
         v.                             )   OUT-OF-DISTRICT CRIMINAL
15                                      )   CHARGES PURSUANT TO RULES
    JOHN A. GOUGH, JR.,                 )   5(c)(2) AND (3) OF THE FEDERAL RULES
16                                      )   OF CRIMINAL PROCEDURE
                                        )
17       Defendant.                     )
         _____)

18     Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal

19  Procedure that on January 25, 2008, the above-named defendant was arrested based upon an

20  arrest warrant (copy attached) issued upon an

21     ☐ Indictment

22     ☐ Information

23     ☐ Criminal Complaint

24     ☒ Other (describe)  __Supervised Release Violation__  pending in the Eastern District of

25  California, Case Numbers 1:04-CR-05130-01 and 1:03-MJ-02138-01.

26     In those cases, the defendant is charged with violations of Title 18, United States Code,

27  Sections 3583(e) - supervised release violation.

28

                                      1

1  Description of Charges: The Petition alleges that there is probable cause to believe the
2  defendant violated the following supervised release conditions: (1) that he refrain from the use of
3  controlled substances; (2) that he not violate any federal, state, or local law.

Respectfully Submitted,

JOSEPH P. RUSSONIELLO
UNITED STATES ATTORNEY

Date: 1/29/08

Wendy Thomas
Special Assistant U.S. Attorney

2

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

COPY

USA,

v.

JOHN A GOUGH JR

**WARRANT FOR ARREST**

Case Number: 1:04-CR-05130-SMS

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   John A Gough Jr

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☒ Violation Petition   ☐ Other

charging him or her with (brief description of offense)

Violation of Supervised Release

in violation of Title  18   United States Code, Section(s)  3143

| S. Martin | Deputy Clerk |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| S. Martin | 7/31/07   Fresno |
| Signature of Issuing Officer | Date and Location |

Bail fixed at  NO BAIL   by   Judge Sandra M. Snyder

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant

| Date Received | Name and Title of Arresting Officer |
|---|---|
| Date of Arrest | Signature of Arresting Officer |